-FILED-

NOV 16 2022

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

At _____ M
GARY T. BELL, Clerk
U.S. DISTRICT COURT
NORTHERN DISTRICT OF INDIANA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CASE NO.: 2:22CR66 |
| | ) | |
| v. | ) | 18 U.S.C. § 922(a)(6) |
| | ) | 18 U.S.C. § 924(a)(1)(A) |
| MOSES JAVON JONES | ) | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES:**

### COUNTS 1-8

On or about the following dates, in the Northern District of Indiana,

**MOSES JAVON JONES,**

defendant herein, in connection with the acquisition of firearms from the following firearms dealers, who are licensed dealers of firearms within the meaning of provisions of Chapter 44 of Title 18, United States Code, knowingly made a false and fictitious statement to the following firearms dealers, which statement was intended and likely to deceive the following firearms dealers with respect to a fact material to the lawfulness of the sale of such firearms, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that:

1) his current state of residence and address was 212 McKinley Street,

1

Gary, Indiana, whereas in truth and in fact, he knew that his current state of residence and address was not 212 McKinley Street, Gary, Indiana; and

2) he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, whereas in truth and in fact, he well knew that he was an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance,

All in violation of Title 18, United States Code, Section 922(a)(6).

| Count | Date | Firearms Dealer |
|-------|------|-----------------|
| 1 | March 4, 2020 | Cabela's |
| 2 | March 11, 2020 | Westforth Sports |
| 3 | April 11, 2020 | Westforth Sports |
| 4 | May 16, 2020 | Shoot Point Blank |
| 5 | May 21, 2020 | Westforth Sports |
| 6 | June 6, 2020 | Westforth Sports |
| 7 | June 24, 2020 | Westforth Sports |
| 8 | July 10, 2020 | Deb's Gun Range |

2

**THE GRAND JURY FURTHER CHARGES:**

## COUNTS 9-16

On or about the following dates, in the Northern District of Indiana,

## MOSES JAVON JONES,

defendant herein, knowingly made a false statement and representation to the following firearms dealers, who are licensed dealers of firearms under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of said firearms dealers, in that the defendant did execute a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives form 4473, Firearms Transaction Record, to the effect that:

1) his current state of residence and address was 212 McKinley Street, Gary, Indiana, whereas in truth and in fact, he knew that his current state of residence and address was not 212 McKinley Street, Gary, Indiana; and

2) he was not an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance, whereas in truth and in fact, he well knew that he was an unlawful user of, or addicted to, marijuana or any depressant, stimulant, narcotic drug, or any other controlled substance,

3

All in violation of Title 18, United States Code, Section 924(a)(1)(A).

| Count | Date | Firearms Dealer |
| --- | --- | --- |
| 9 | March 4, 2020 | Cabela's |
| 10 | March 11, 2020 | Westforth Sports |
| 11 | April 11, 2020 | Westforth Sports |
| 12 | May 16, 2020 | Shoot Point Blank |
| 13 | May 21, 2020 | Westforth Sports |
| 14 | June 6, 2020 | Westforth Sports |
| 15 | June 24, 2020 | Westforth Sports |
| 16 | July 10, 2020 | Deb's Gun Range |

A TRUE BILL:


/s/ FOREPERSON
FOREPERSON


CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY

By:   /s/ Patrick D. Grindlay
      Patrick D. Grindlay
      Special Assistant United States Attorney

4