**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF INDIANA**
**HAMMOND DIVISION**

UNITED STATES OF AMERICA

   Plaintiff,

v.          CASE NUMBER:  2:22-CR-66

MOSES JAVON JONES

   Defendant.

**<u>DEFENDANT'S SENTENCING MEMORANDUM</u>**

   Defendant Moses Javon Jones, by counsel, files this sentencing memorandum to assist the Court in exercising its discretion to impose the minimally sufficient sentence that achieves the statutory purposes of sentencing.

**<u>History and Characteristics of Defendant</u>**

   Moses has no criminal convictions, nor any juvenile adjudications. This conviction will be his first felony offense. He has been gainfully employed while he has been on bond. Also, he does pay child support for his children. Imprisonment of him would create a severe hardship for his children.

   Moses did fairly well while on pretrial supervision. He was released on bond with electronic monitoring and home detention which changed to curfew after ten months. Placing him on additional electronic monitoring would not be of much benefit unless the court feels that punishment is necessary. Moses will have a felony conviction which will hamper his job prospects in the future which is a penalty in itself.

   As Moses pled to all the counts without an agreement to preserve his right to appeal, he will have to pay a special assessment in the amount of $1,600.00. Moses does have a domestic criminal case pending against him for over 3 years now. Domestic cases

are complicated and there are two sides to every story. Moses should not be penalized for that case as he is presumed innocent, and it has not been resolved.

Moses' letter to the Court is attached as Exhibit A. He has several good qualities as evidenced by the character letters attached as Exhibit B.

WHEREFORE, based upon the foregoing, Defendant Moses Javon Jones respectfully requests this Court to sentence him to probation.

Respectfully submitted,

Northern District of Indiana
Federal Community Defenders, Inc.

By: s/ Matthew D. Soliday
   Matthew D. Soliday
   2929 Carlson Drive Suite 101
   Hammond, IN  46323
   Phone: (219) 937-8020
   Fax: (219) 937-8021

## CERTIFICATE OF SERVICE

I hereby certify that, on October 23, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which sent notification of such filing to all parties of record.

s/ Matthew D. Soliday

2