UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

UNITED STATES OF AMERICA    )
                            )
        v.                  )        Case No: 2:22-CR-00066
                            )
MOSES JAVON JONES           )

**GOVERNMENT'S SENTENCING MEMORANDUM**

Comes now the United States of America, by its counsel, Clifford D. Johnson, United States Attorney for the Northern District of Indiana, through Patrick D. Grindlay, Special Assistant United States Attorney, and respectfully files the below sentencing memorandum.

I.    Sentencing Guidelines and Sentencing Law

Title 18, United States Code, Section 3553(a) sets forth a number of factors the Court must consider in imposing a sentence, including but not limited to: the nature and circumstances of the offense; the history and characteristics of the defendant; the need for the sentence imposed to reflect the seriousness of the offense, promote respect for the law, and provide just punishment; and the need for the sentence imposed to afford adequate deterrence and protect the public.

The Government recommends that the Defendant receive acceptance of

1

responsibility due to his pleading guilty to all counts of the Superseding Indictment. The Defendant's conduct permitted the Government to avoid preparing for trial and allowed the Government and the Court to allocate their resources efficiently.

If the Defendant receives the acceptance of responsibility reduction, his total offense level will be 15. Additionally, the Defendant has a total criminal history score of zero and is in criminal history category I. This places his guideline range in Zone D, with a guideline imprisonment range of 18 to 24 months.

Based on the Section 3553(a) factors, a sentence at the minimum of the guidelines range is a fair, reasonable, and appropriate sentence in view all of the relevant circumstances.

II.    Application of the § 3553(a) Factors

*A. Nature and Circumstances of the Offense*

The Section 3553(a) factor of "the nature and circumstances of the offense" should be considered in determining a fair and reasonable sentence.

The defendant purchased ten firearms from federal firearms licensees (FFL's) and lied about his address on the ATF 4473 forms. He also lied about not being an unlawful user of marijuana, or any depressant, stimulant, narcotic drug, or any other controlled substance on the ATF 4473 forms

regarding the purchase of these firearms.

Of the ten firearms purchased by the Defendant, several of the firearms were subsequently recovered by other law enforcement agencies in other crimes.

### B. History and Characteristics of the Defendant

Regarding the Section 3553(a) factor of the "history and characteristics" of the defendant, the presentence report indicates that the Defendant does have a history of substance abuse. He has a history of marijuana, ecstasy, and Oxycontin use. Additionally, he submitted two negative drug tests while on pretrial release.

The Defendant's total criminal history score is zero, and this places him in Criminal History Category I.

### C. Deterrence, Just Punishment, Respect for the Law, Protection of the Public, and Seriousness of the Offense

A sentence at the minimum of the applicable guidelines range would adequately serve the goals of deterrence, just punishment, promoting respect for the law, protection of the public, and appreciation of the seriousness of the offense.

III.   Sentencing Recommendation

Based upon the U.S. Sentencing Guidelines and 18 U.S.C. § 3553 factors,

3

the government respectfully requests a sentence at the minimum of the applicable guidelines range. Such a sentence is a just, reasonable, and appropriate sentence taking into consideration all of the relevant circumstances.

IV.    Conclusion

Accordingly, based upon the U.S. Sentencing Guidelines and 18 U.S.C. § 3553 factors, the government respectfully requests a sentence at the minimum of the applicable guidelines range.


Respectfully submitted,

CLIFFORD D. JOHNSON
UNITED STATES ATTORNEY


BY:    /s/ Patrick D. Grindlay
Patrick D. Grindlay
Special Assistant United States Attorney
United States Attorney's Office
Northern District of Indiana
5400 Federal Plaza, Suite 1500
Hammond, Indiana 46320
Tel.:   (219) 937-5500
Fax:   (219) 852-2770
E-mail:  Patrick.Grindlay@usdoj.gov

4